# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

**Plaintiff,**

-vs-                                                            Case No. 3:11-CR-023

RICKIE S. RUTLEDGE,

**Defendant.**

## AMENDED JUDGEMENT ENTRY

On January 27, 2012, a Judgment in a Criminal Case (doc. 53) was filed sentencing the Defendant to the United States Bureau of Prisons for a period of thirty-two (32) months, recommending the Defendant be incarcerated as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

Defendant then filed a Motion for Designation of Location to Serve Sentence (doc. 55) on February 1, 2012. The Court has granted Defendant's motion for designation of location with a recommendation to the United States Bureau of Prisons.

Therefore, IT IS THE ORDER OF THE COURT that the Judgment in a Criminal Case (doc. 53), filed on January 27, 2012, be amended to include that the Court recommends that the Defendant be incarcerated for medical reasons at Butner Federal Correctional Complex in Butner, North Carolina.

All other provisions of the judgment filed on January 27, 2012, shall remain in effect.

IT IS SO ORDERED.

Date: 2-2-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT