UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-  Case No. 3:11-CR-023

RICKIE S. RUTLEDGE,

Defendant.

## ORDER

Per the request of the Federal Bureau of Prisons, the Defendant has until Friday, February 24, 2012, to submit any and all medical records or documentation to support a designation at Butner Federal Correctional Complex in Butner, North Carolina. If no such documentation is filed with this Court by the aforementioned date, the Court will notify the Federal Bureau of Prisons that a designation for medical reasons is no longer recommended or therefore required.

IT IS SO ORDERED.

Date: 2-14-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT