UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-  Case No. 3:11-CR-023 (1)

RICKIE S. RUTLEDGE,

Defendant.

---

### ENTRY GRANTING DEFENDANT'S MOTION (DOC. 60) TO RESET SELF-SURRENDER DATE

For good cause shown, the Defendant's motion for a thirty (30) day extension of time to voluntarily surrender (doc. 60) is GRANTED. Therefore, IT IS THE ORDER OF THE COURT that the date for the defendant's voluntary surrender date be extended until April 16, 2012.

**DONE** and **ORDERED** in Dayton, Ohio, this 5th day of March 2012.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT